# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/27/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:  CR05-00185JMS

CASE NAME:  USA v. (01) Kavekini Narabe

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:  Kevin S. C. Chang          REPORTER:

DATE:  2/27/2006                   TIME:

COURT ACTION:  EP: Status Conference Re: Competency of Defendant (01).  The court has been notified that defendant 01 has passed away.  Status Conference is hereby vacated.

Submitted by: Shari Afuso, Courtroom Manager