```
EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

MARK A. INCIONG, CA BAR #163443
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00185 JMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | OF SECOND SUPERSEDING |
| | ) | INDICTMENT AS TO DEFENDANT |
| KAVEKINI NARABE, (1) | ) | KAVEKINI NARABE; EXHIBIT "A" |
| | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL OF SECOND SUPERSEDING
INDICTMENT AS TO DEFENDANT KAVEKINI NARABE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Second Superseding Indictment against Defendant KAVEKINI NARABE due to Defendant KAVEKINI NARABE'S death on October 29, 2005. A copy of the certified death certificate for Defendant KAVEKINI NARABE is attached as Exhibit A.

DATED: March 28, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Mark A. Inciong
    MARK A. INCIONG
    Assistant U.S. Attorney


Leave of court is granted for the filing of the foregoing dismissal.

DATED: Honolulu, Hawaii, March 30, 2006.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge


United States v. Narabe
CR. No. 05-00185 JMS
"Order for Dismissal of Indictment"

2