**GOVERNMENT EXHIBIT A**

# CERTIFICATE OF DEATH

STATE OF HAWAII
DEPARTMENT OF HEALTH
OFFICE OF HEALTH STATUS MONITORING

STATE FILE NO. 151

| Field | Value |
|---|---|
| 1. DECEASED — FIRST NAME | Kavekini |
| MIDDLE NAME | |
| LAST NAME | Narabe |
| 2. SEX | Male |
| 3. DATE OF DEATH (MONTH, DAY, YEAR) | October 29, 2005 |
| 4a. RACE | Fijian |
| 4b. IS PERSON OF SPANISH ORIGIN? | NO. 6 |
| 5a. AGE—LAST BIRTHDAY (Years) | 40 |
| 6. DATE OF BIRTH (MONTH, DAY, YEAR) | August 8, 1965 |
| 7a. COUNTY OF DEATH | Honolulu |
| 7a-1. ISLAND OF DEATH | Oahu |
| 7b. CITY, TOWN OR LOCATION OF DEATH | Honolulu  11/27/2005 |
| 7c. HOSPITAL OR OTHER INSTITUTION NAME | Straub Clinic and Hospital |
| 7d. IF HOSP. OR INST. INDICATE DOA, OP/EMER, RM., INPATIENT (SPECIFY) | Inpatient |
| 8. STATE OF BIRTH | Fiji |
| 9. CITIZEN OF WHAT COUNTRY | Fiji |
| 10. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED | Never Married |
| 11. SURVIVING SPOUSE | - |
| 12. WAS DECEDENT EVER IN U.S. ARMED FORCES? | No |
| 13. SOCIAL SECURITY NUMBER | - |
| 14a. USUAL OCCUPATION | Never Worked  917 |
| 14b. KIND OF BUSINESS OR INDUSTRY | None  961 |
| 14c. EDUCATION | 10 |
| 15a. RESIDENCE-STATE | Hawaii |
| 15b. COUNTY | Honolulu |
| 15c. CITY, TOWN OR LOCATION | Honolulu |
| 15d. INSIDE CITY LIMITS | Yes |
| 15e. NUMBER, STREET AND ZIP | 1982 Kalakaua Ave. Apt. C   96815 |
| 16. FATHER — FIRST NAME | Watisoni |
| LAST NAME | Kaivoga |
| 17. MOTHER — FIRST NAME | Roela |
| MIDDLE NAME | Kaloumaira |
| MAIDEN NAME | - |
| 18a. INFORMANT — NAME | Luke Narabe |
| 18b. MAILING ADDRESS | P.O. Box 297, Suva, Fiji |
| 19a. BURIAL, CREMATION, REMOVAL | Removal |
| 19b. CEMETERY OR CREMATORY–NAME | c/o Luke Narabe |
| 19c. LOCATION | Nagarawai, Suva |
| CITY OR TOWN | |
| STATE | Fiji |
| 19d. DATE | November 28, 2005 |
| 19e. PERMIT NUMBER | #6143 |
| 20a. FUNERAL HOME–NAME | Leeward Funeral Home |
| 20b. FUNERAL DIRECTOR–SIGNATURE | David [signature] |

21a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) and circumstances stated and described below (Items #21b through #27g where applicable)

22a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) and circumstances stated and described below (Items #22b through #27g where applicable)

| Field | Value |
|---|---|
| 22b. DATE SIGNED | November 2, 2005 |
| 22c. TIME OF DEATH | 12:15 PM |
| 22d. PRONOUNCED DEAD | October 29, 2005 |
| 22e. PRONOUNCED DEAD (TIME) | 12:15 PM |

23. NAME AND ADDRESS OF CERTIFIER: William W. Goodhue, Jr., M.D., First Deputy Medical Examiner, 835 Iwilei Road, Honolulu, HI 96817

| 24a. REGISTRAR - SIGNATURE | 24b. DATE RECEIVED BY LOCAL REGISTRAR | 24c. DATE FILED BY STATE REGISTRAR |
|---|---|---|
| S. Fujii | NOV 22 2005 | NOV 22 2005 |

**PART I. DEATH WAS CAUSED BY:**

25. CONDITIONS, IF ANY, WHICH GAVE RISE TO IMMEDIATE CAUSE (a), STATING THE UNDERLYING CAUSE LAST

(a) IMMEDIATE CAUSE: Malignant brain tumor
(b) DUE TO, OR AS A CONSEQUENCE OF:
(c) DUE TO, OR AS A CONSEQUENCE OF:

PART II. OTHER SIGNIFICANT CONDITIONS:

26a. AUTOPSY: Yes
26b. IF YES, WERE FINDINGS CONSIDERED IN DETERMINING CAUSE OF DEATH? Yes

27a. ACCIDENT, SUICIDE, HOMICIDE, OR UNDETERMINED:
27b. DATE OF INJURY:
27c. TIME OF INJURY:
27d. DESCRIBE HOW INJURY OCCURRED:
27e. INJURY AT WORK?:
27f. PLACE OF INJURY:
27g. LOCATION:

DEC - 1 2005

I CERTIFY THIS IS A TRUE COPY OR ABSTRACT OF THE RECORD ON FILE IN THE HAWAII STATE DEPARTMENT OF HEALTH

Alvin T. Onaka, PhD.
STATE REGISTRAR